UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2155 FMO (AGRx) | Date | June 16, 2020 |
|---|---|---|---|
| Title | Kimberly Frazier v. Artesia 5220, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Further Order to Show Cause Re: Dismissal Re: Lack of Prosecution

By order dated May 28, 2020, plaintiff was ordered to show cause, on or before June 4, 2020, why this action should not be dismissed for lack of prosecution. (See Dkt. 9, Court's Order of May 28, 2020). The order stated that the Order to Show Cause ("OSC") would "stand submitted upon the filing of" an answer or proof of service upon defendant. (See id.). Plaintiff was admonished that "[f]ailure to file a timely response to th[e] Order to Show Cause shall result in the action or the above defendant(s) being dismissed for lack of prosecution and for failure to comply with the orders of the court." (Id.).

On June 3, 2020, plaintiff filed a proof of service showing that she served the summons and complaint upon defendant. (Dkt. 10, Proof of Service). The Proof of Service was signed on March 30, 2020. (See id. at 2). Plaintiff provides no explanation as to why she waited until June 3, 2020 – more than two months after the Proof of Service was signed – to file the Proof of Service. Also, there is no explanation as to why plaintiff has not sought entry of default against defendant given that defendant has not answered the complaint. The court will give plaintiff a short period of time to seek default. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file an application for entry of default no later than **June 19, 2020**.

2. Plaintiff is cautioned that failure to file an application for entry of default by the deadline set forth above shall result in the dismissal of this action without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | Initials of Preparer | vdr |
|---|---|---|